UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

PROVO CRAFT & NOVELTY, INC.,
a Utah corporation,

      Plaintiff,

Case No. 12-CV-138

   v.

MAKE THE CUT, LLC,
a Wisconsin limited liability company,

   and

ANDREW A. HEINLEIN,
an individual,

      Defendants.

## DISCLOSURE STATEMENT

The undersigned counsel of record for Plaintiff Provo Craft & Novelty, Inc. ("Provo Craft") states the following in compliance with Fed. R. Civ. P. 7.1 and Civ. L. R. 7.1:

1.    The full name of the plaintiff is Provo Craft & Novelty, Inc.

2.    Provo Craft is a wholly owned subsidiary of Provo Craft Holdings, LLC. The membership interests of Provo Craft Holdings, LLC are not publicly traded, and no corporation whose shares are publicly traded owns 10% or more of Provo Craft Holdings, LLC's membership interests.

3.    The law firms of Honigman Miller Schwartz and Cohn, LLP and Godfrey & Kahn, S.C. are the only law firms whose attorneys are expected to appear on behalf of Provo Craft in this matter.

Dated this 8th day of February, 2012.

*s/ Anthony S. Baish*
Anthony S. Baish
State Bar No. 1031577
Michael D. Huitink
State Bar No. 1034742
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: 414-273-3500
Fax: 414-273-5198
Email: tbaish@gklaw.com
mhuitink@gklaw.com

Attorneys for Plaintiff, Provo Craft & Novelty, Inc.

Of Counsel:
Andrew M. Grove (Admission Pending)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
38500 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304-5048
(248) 566-8432
ayg@honigman.com

Brian D. Wassom (Admission Pending)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI 48226
(313) 465-7594
bdw@honigman.com

Direct Inquiries To:
Anthony S. Baish
414-287-9435
7466601_1